UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Yvonne L. Tines Jones, )<br>)<br>    Plaintiff, )<br>)<br>V. )<br>)<br>Norman Y. Mineta, Secretary, )<br>U.S. Department of Transportation )<br>and )<br>U.S. Department of Transportation, )<br>)<br>    Defendants. )<br>) | CIVIL ACTION<br>NO.05-10082-EFH |

**DEFENDANT'S ASSENTED-TO MOTION TO EXTEND TIME**
**TO RESPOND TO THE COMPLAINT**

    The Defendant respectfully moves this Court for a 30-day extension of time, to and including May 4, 2005, within which to answer or otherwise respond to the Complaint in the above-captioned case. Counsel for plaintiff assents to this motion. As grounds for this motion, the government states that it requires the additional time both to obtain further information from the agency regarding the government's response and because of a previously scheduled trial in another matter for which counsel has to prepare.

Case 1:05-cv-10082-EFH     Document 3     Filed 04/04/2005     Page 2 of 2

WHEREFORE, the government respectfully requests that the Court allow this assented-to motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/Eugenia M. Carris
EUGENIA M. CARRIS
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3282

### L.R. 7.1 CERTIFICATION

The undersigned counsel certifies that she conferred with counsel for plaintiff and that he assents to the relief sought herein.

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document by first class mail, postage prepaid, to plaintiff's counsel, Anthony W. Neal, 434 Massachusetts Avenue, Suite 401, Boston, MA 02118

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney

Dated: April 4, 2005