IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YVONNE L. TINES JONES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-10082-EFH |
| NORMAN Y. MINETA, Secretary, U.S. DEPARTMENT OF TRANSPORTATION, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendant respectfully moves this Court to dismiss Counts I and III of the Complaint in the above-captioned matter. As set forth more fully in the accompanying Memorandum of Law, the government states that plaintiff has failed to state a claim upon which relief can be granted.

Wherefore, the government respectfully requests that this Court dismiss Counts I and III of the Complaint in this matter with prejudice.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:   /s/ Eugenia M. Carris
      Eugenia M. Carris
      Assistant United States Attorney
      John Joseph Moakley Courthouse Suite 9200
      1 Courthouse Way - Suite 9200
      Boston, MA 02210

Dated: May 4, 2005       (617) 748-3376

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the Motion to Dismiss was served upon plaintiff's counsel of record, Anthony W. Neal, Esq., 434 Massachusetts Avenue, Suite 401, Boston, MA 02118 by way of electronic filing or by first class mail on this 4th day of May, 2005.

          /s/ Eugenia M. Carris
          Eugenia M. Carris
          Assistant U.S. Attorney

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel states that she left a voice mail for plaintiff's counsel on May 4, 2005 in an effort to comply with Local Rule 7.1(A)(2).

          /s/ Eugenia M. Carris
          Eugenia M. Carris
          Assistant United States Attorney