UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10082-EFH

YVONNE L. TINES JONES,

        Plaintiff,

v.

NORMAN Y. MINETA,
Secretary,
U.S. DEPARTMENT OF
TRANSPORTATION,

        Defendant.

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

**NOW COMES** the plaintiff, Yvonne L. Tines Jones, and hereby opposes defendant Norman T. Mineta's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this opposition are set forth in the accompanying memorandum of law, filed herewith.

**WHEREFORE**, the plaintiff respectfully requests that the Court deny the defendant's motion to dismiss.

        Respectfully submitted,
        Yvonne L. Tines Jones
        By her attorney

        _____
        Anthony W. Neal, BBO# 549193
        LAW OFFICES OF ANTHONY W. NEAL
        434 Massachusetts Avenue, Suite 401
        Boston, Massachusetts 02118
        (617) 424-6161

Date: May 16, 2005

## Certificate of Service

I, Anthony W. Neal, hereby certify that a true copy of the above document was served upon counsel of record for the defendant by first class mail this 16th day of May 2005.

                                        _____
                                        Anthony W. Neal, Esq.