UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Yvonne L. Tines Jones,<br><br>    Plaintiff,<br><br>V.<br><br>Norman Y. Mineta, Secretary,<br>U.S. Department of Transportation,<br><br>    Defendant. | CIVIL ACTION<br>NO.05-10082-EFH |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1(d), the parties have conferred and hereby file the following Joint Statement and proposed pre-trial schedule in anticipation of the Scheduling Conference on June 23, 2005.

A.   Discovery Plan

    1.   Interrogatories

One set of interrogatories served by each party, with each set limited to twenty-five (25) interrogatories.  Service shall be made by July 25, 2005 and answers shall be served in accordance with Fed. R. Civ. P. 33(b)(3).

    2.   Request for Production of Documents

One set of requests for production of documents for each party. Service shall be made by July 25, 2005 and a written response shall be served in accordance with Fed. R. Civ. P. 34(b).

3. Depositions

Each side will be limited to five (5) fact depositions. Each fact deposition shall be limited to a maximum of eight (8) hours unless extended by agreement of the parties. All fact depositions shall be completed by February 23, 2006.

4. Expert discovery

Reports from retained experts under Fed. R. Civ. P. 26(a)(2) shall be due from the plaintiff by December 23, 2005, and from the defendant by January 23, 2006. Expert depositions shall be completed by March 15, 2006.

5. Close of Discovery

The parties agree that all discovery shall close by March 15, 2006.

B. Motion Schedule

1. All motions for summary judgment filed by June 30, 2006.

2. All oppositions filed by July 28, 2006.

C. Certifications

The parties will file Certificates in accordance with Local Rule 16.1(3) at the Scheduling Conference on June 23, 2005.

D.      Magistrate Judge

At this time, the parties do not consent to trial before a Magistrate Judge.

                                    Respectfully submitted,

YVONNE L. TINES JONES
By her attorney,

/s/Anthony W. Neal/EMC
Anthony W. Neal, BBO# 549193
LAW OFFICES OF ANTHONY W. NEAL
434 Massachusetts Ave., Ste. 401
Boston, Massachusetts 02118
(617) 424-6161

U.S. DEPARTMENT OF TRANSPORTATION
By its attorney,
MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

/s/ Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3376

Date: June 13, 2005