UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10082-EFH

YVONNE L. TINES JONES,

        Plaintiff,

v.

NORMAN Y. MINETA,
Secretary,
U.S. DEPARTMENT OF
TRANSPORTATION,

        Defendant.

### REQUEST FOR DEFAULT (RULE 55(a))

    I, Anthony W. Neal, Esq., attorney for the above-named plaintiff, Yvonne L. Tines Jones, state that: the Verified Complaint in this action was filed on January 12, 2005; the summons and a copy of the Verified Complaint were served on defendant Norman Y. Mineta, Secretary, U.S. Department of Transportation on February 3, 2005, as appears from the U.S. Marshall's return; notice of the Court's Order denying the defendant's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure was electronically mailed to the defendant on May 20, 2005, and that the defendant herein has failed to serve a responsive pleading within ten (10) days of said notice as provided by Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure.

    Therefore, I request that default be entered against defendant Norman Y. Mineta, Secretary, U.S. Department of Transportation, in this action.

    SIGNED under the penalties of perjury.

                                      Anthony W. Neal, Esq.
                                      BBO # 549193
                                      LAW OFFICES OF ANTHONY W. NEAL
                                      434 Massachusetts Avenue, Suite 401
                                      Boston, Massachusetts 02118
June 9, 2005                     (617) 424-6161

Certificate of Service

I, Anthony W. Neal, hereby certify that a true copy of the above document was served upon counsel of record for the defendant by first class mail this 9th day of June 2005.

_____
Anthony W. Neal, Esq.

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| YVONNE L. TINES JONES | 05-10082 EFH |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| NORMAN Y. MINETA, Sec. Dept of Transportation | CIVIL |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Attorney

**AT** ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
U.S. Courthouse, Boston MA 02210

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

| Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | 617-429-3161 | 2/3/05 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 35 | 35 | | 2/3/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Your Zenlog (accepted)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 2/4/05 | 1:45 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | | | $45 | 25.00 | $20.00 |

REMARKS:

NOTE

PRIOR EDITIONS MAY BE USED — 3. NOTICE OF SERVICE — FORM USM-285 (Rev. 12/15/80)

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Holahan, Sandra entered on 5/20/2005 at 1:16 PM EDT and filed on 5/20/2005
Case Name: Tines Jones v. Mineta et al
Case Number: 1:05-cv-10082
Filer:
Document Number:

Docket Text:
Judge Edward F. Harrington : Electronic ORDER entered denying [5] Motion to Dismiss counts I and III. MOTION TO DISMISS IS DENIED. COURT SHALL ENTERTAIN A MOTION FOR SUMMARY JUDGMENT AT THE CLOSE OF DISCOVERY. cc/cl (Holahan, Sandra)

The following document(s) are associated with this transaction:

1:05-cv-10082 Notice will be electronically mailed to:

Eugenia M. Carris     eugenia.carris@usdoj.gov, janice.zaniboni@usdoj.gov

1:05-cv-10082 Notice will not be electronically mailed to:

Anthony W. Neal
Attorney at Law
434 Mass. Ave.
Suite 401
Boston, MA 02118