UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Yvonne L. Tines Jones,<br><br>          Plaintiff,<br><br>V.<br><br>Norman Y. Mineta, Secretary,<br>U.S. Department of Transportation,<br><br>          Defendant. | CIVIL ACTION<br>NO.05-10082-EFH |

**DEFENDANT'S CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)**

The undersigned representative of defendant hereby certifies, pursuant to Local Rule 16.1(D)(3), that she has conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Norman Y. Mineta, Secretary,
U.S. Department of Transportation

By: /s/ Ann Prokop
Ann Prokop
Federal Aviation Administration
Office of Regional Counsel
12 New England Executive Park
Burlington, MA  01803

Dated this 20th day of June, 2005.
By its attorney,

MICHAEL J. SULLIVAN United States Attorney

By: /s/ Eugenia M. Carris
Eugenia M. Carris
Assistant U.S. Attorney
1 Courthouse Way. Suite 9200
Boston, MA  02210
(617) 748-3376