# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * * *

YVONNE L. TINES JONES,
               Plaintiff

                                         CIVIL ACTION NO.:

      v.                              05-10082-EFH

NORMAN Y. MINETA, ET AL.,
               Defendants.
* * * * * * * * * * * * * * * * * * * * * * * * *

# <u>FINAL PRETRIAL CONFERENCE ORDER</u>

June 23, 2005

HARRINGTON, S.D.J.

       The parties in the above-entitled case having conducted an Initial Scheduling Conference

pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial

Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on

 Wednesday, September 20, 2006  .

       SO ORDERED.

                                      /s/ Edward F. Harrington
                                      EDWARD F. HARRINGTON
                                      United States Senior District Judge