UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

YVONNE L. TINES JONES,
                Plaintiff

                                                         CIVIL ACTION NO.:
        v.                                         05-10082-EFH

NORMAN Y. MINETA, ET AL.,
                Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**REVISED FINAL PRETRIAL CONFERENCE ORDER**

February 21, 2006

HARRINGTON, S.D.J.

    The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Tuesday, March 20, 2007  .

    SO ORDERED.

                                                             /s/ Edward F. Harrington
                                                             EDWARD F. HARRINGTON
                                                             United States Senior District Judge