UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
YVONNE TINES JONES                )        C. A. NO. 05-10082-EFH
Plaintiff                         )
                                  )
Vs.                               )
                                  )
NORMAN Y. MINETA,                 )
SECRETARY, U. S. DEPARTMENT       )
OF TRANSPORTATION,                )
And                               )
U. S. DEPARTMENT OF TRANSPORTATION )
Defendants                        )
_____)

ENTRY OF APPEARANCE

Please enter my appearance as Counsel for Plaintiff in the above-captioned action.

                                    Yvonne Tines Jones
                                    By her attorney,
                                    Mitchell J. Notis

/s/Mitchell J. Notis

_____
Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, Massachusetts 02445
617-566-2700
BBO# 374360