UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | | |
|---|---|---|
| YVONNE TINES JONES | ) | C. A. NO. 05-10082-EFH |
| Plaintiff | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| NORMAN Y. MINETA, | ) | |
| SECRETARY, U. S. DEPARTMENT | ) | |
| OF TRANSPORTATION, | ) | |
| And | ) | |
| U. S. DEPARTMENT OF TRANSPORTATION | ) | |
| Defendants | ) | |

_____)

JOINT MOTION TO EXTEND DISCOVERY PERIOD


The parties to the above-captioned action, through counsel, hereby respectfully request that the Court extend the discovery period in this action by 90 days, up to and including March 15, 2007. As grounds for this motion, Plaintiff states as follows:

1. This is an action by a former federal employee alleging discrimination in employment.
2. Discovery in this case is currently scheduled to close on December 14, 2006. A final pretrial conference is scheduled for March 20, 2007.
3. Plaintiff recently received extensive documents regarding this case from prior counsel for Plaintiff.
4. A discovery extension of 90 days will allow successor counsel to complete discovery in a reasonable and thorough manner.

For all of the foregoing reasons, it is respectfully requested that this motion be granted, that the time in which the parties may engage in discovery be extended up to and including March 15, 2006, 2007, and that the final pretrial conference currently scheduled for March 20, 2007 be conducted as a status conference rather than a final pretrial conference.

Respectfully submitted,

Plaintiff
By her attorney,
Mitchell J. Notis


/s/Mitchell J. Notis


_____

Mitchell J. Notis
Law Office of Mitchell J. Notis
370  Washington Street
Brookline, Massachusetts 02445
617-566-2700

Defendants,
By their attorneys,
Michael J. Sullivan
United States Attorney
Eugenia M. Carris
Assistant United States Attorney


/s/Eugenia M. Carris


_____

Eugenia M. Carris
Assistant United States Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3282

## CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 4th day of December, 2006.

/s/Mitchell J. Notis


_____
MITCHELL J. NOTIS, BBO# 374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
Tel: 617-566-2700