UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| YVONNE L. TINES JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-10082-EFH |
| ) | |
| NORMAN Y. MINETA, Secretary, ) | |
| U.S. DEPARTMENT OF ) | |
| TRANSPORTATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter the undersigned as counsel for the defendant in the above-captioned action.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Rayford Farquhar
        Rayford Farquhar
        Assistant United States Attorney
        U.S. Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
Dated: March 14, 2007        (617) 748-3100

## CERTIFICATE OF MAILING

This is to certify that a true copy of the above was electronically mailed to plaintiff's counsel of record.

        /s/ Rayford Farquhar
        Rayford Farquhar
Dated: March 14, 2007        Assistant U.S. Attorney