UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
YVONNE L. TINES JONES,                              )
                                                    )
                    Plaintiff,                      )
                                                    )
v.                                                  )          Civil Action No. 05-10082-EFH
                                                    )
NORMAN Y. MINETA, Secretary,                        )
U.S. DEPARTMENT OF                                  )
TRANSPORTATION,                                     )
                                                    )
                    Defendant.                      )
_____)

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as counsel for the defendant in the above-

captioned action.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                        /s/Eugenia M. Carris_____
                                        Eugenia M. Carris
                                        Assistant United States Attorney
                                        U.S. Attorney's Office
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3100

## CERTIFICATE OF MAILING

This is to certify that a true copy of the above was electronically mailed to plaintiff's
counsel of record.

                                        /s/Eugenia M. Carris____
                                        Assistant U.S. Attorney
Dated: March 14, 2007