UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

YVONNE L. TINES JONES,
               Plaintiff

                                               CIVIL ACTION NO.:
v.                                      05-10082-EFH

NORMAN Y. MINETA, ET AL.,
               Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED FINAL PRETRIAL CONFERENCE ORDER

March 20, 2007

HARRINGTON, S.D.J.

      The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  **Tuesday, October 16, 2007**  .

      SO ORDERED.

                                               /s/ Edward F. Harrington
                                             EDWARD F. HARRINGTON
                                             United States Senior District Judge