UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
YVONNE L. TINES JONES,
        Plaintiff

    v.

NORMAN Y. MINETA, ET AL.,
        Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CIVIL ACTION NO.:
05-10082-EFH

## REVISED FINAL PRETRIAL CONFERENCE ORDER

October 9, 2007

HARRINGTON, S.D.J.

    The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at **11:00 A.M.** on **Tuesday, December 18, 2007**.

    SO ORDERED.

                              /s/ Edward F. Harrington
                              EDWARD F. HARRINGTON
                              United States Senior District Judge