UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|                                   |   |                      |
|-----------------------------------|---|----------------------|
| Yvonne L. Tines Jones,            | ) |                      |
|                                   | ) |                      |
|                  Plaintiff,       | ) |                      |
|                                   | ) | CIVIL ACTION         |
| v.                                | ) | NO.05-10082-EFH      |
|                                   | ) |                      |
| Norman Y. Mineta, Secretary,      | ) |                      |
| U.S. Department of Transportation,| ) |                      |
|                                   | ) |                      |
|                  Defendant.       | ) |                      |
| _____  | ) |                      |

**ASSENTED TO MOTION OF THE DEFENDANT
TO CONTINUE THE PRETRIAL CONFERENCE**

The defendant, Norman Y Mineta, Secretary of the United States Department of

Transportation, herein files this Assented to Motion to Continue the Pretrial Conference.  As

grounds for this Assented to Motion the Defendant states as follows:

1.      The defendant has conducted discovery in this case and is currently drafting a

motion that would be dispositive of the entire case;

2.      Due to an extremely hectic caseload in the past month, counsel for the

defendant has not been able to complete the defendant's motion for summary

judgement;

3.      Counsel for the defendant submits that his motion for summary judgment, if

not dispositive of the entire case, will assist the court in narrowing the issues

for trial.  The defendant is seeking a continuance of the Pretrial Conference

date to a date on or after February 4, 2008 to allow time for the Court to hold a

hearing on the defendant's motion for summary judgment.

WHEREFORE, the defendant moves this Court, through this Assented to Motion, for

a continuance of the Pretrial Conference to a date on or after February 4, 2008 to allow time

for the court to hold a hearing on the defendant's motion for summary judgment.


MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY


/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant United States Attorney
John Joseph Moakley U.S.    Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3284

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non registered participants on December 7, 2007.


/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney