# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * *

YVONNE L. TINES JONES,
                    Plaintiff

                                                    CIVIL ACTION NO.:
          v.                                        05-10082-EFH

NORMAN Y. MINETA, ET AL.,
                    Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * *

## REVISED FINAL PRETRIAL CONFERENCE ORDER

December 11, 2007

HARRINGTON, S.D.J.

The parties in the above-entitled case having conducted an Initial Scheduling Conference

pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial

Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at **11:00 A.M.** on

**Monday, February 4, 2008**.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge