UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
YVONNE L. TINES JONES,
               Plaintiff

                  CIVIL ACTION NO.:
      v.            05-10082-EFH

NORMAN Y. MINETA, ET AL.,
               Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED FINAL PRETRIAL CONFERENCE ORDER

February 28, 2008

HARRINGTON, S.D.J.

     The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at **11:00 A.M.** on **Tuesday, May 27, 2008**.

     SO ORDERED.

                                     /s/ Edward F. Harrington
                                     EDWARD F. HARRINGTON
                                     United States Senior District Judge