UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
Yvonne L. Tines Jones,              )
                                    )
       Plaintiff,                   )
                                    )   CIVIL ACTION
v.                                  )   NO.05-10082-EFH
                                    )
Norman Y. Mineta, Secretary,        )
U.S. Department of Transportation,  )
                                    )
       Defendant.                   )
_____)

**ASSENTED TO MOTION OF THE DEFENDANT
FOR AN EXTENSION OF TIME FOR THREE DAYS
TO FILE HIS MOTION FOR SUMMARY JUDGMENT**

    The defendant, Norman Y. Mineta, Secretary of the United States Department of Transportation, herein files this Assented to Motion for an Extension of Time to File His Motion for Summary Judgment. As grounds for this Assented to Motion the Defendant states as follows:

1. The parties have completed written discovery and deposed numerous witnesses;

2. Counsel for the defendant will be filing a motion for summary judgment, but requires an additional three days to complete his motion; and

3. Since the Court recently rescheduled the Pretrial Conference to May 27, 2008, at 11:00 a.m., the plaintiff has ample time to file his opposition and for the Court to schedule a hearing prior to the Pretrial Conference.

WHEREFORE, the defendant moves this Court, through this Assented to Motion, for an Extension of Time for Three Days to Wednesday, April 2, 2008, to file his Motion for Summary Judgment.

                                        MICHAEL J. SULLIVAN
                                        UNITED STATES ATTORNEY

                                        /s/ Rayford A. Farquhar
                                        Rayford A. Farquhar
                                        Assistant United States Attorney
                                        John Joseph Moakley U.S. Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617) 748-3284

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 27, 2008.

                                        /s/ Rayford A. Farquhar
                                        Rayford A. Farquhar
                                        Assistant United States Attorney

## LOCAL RULE 7.1 CERTIFICATION

I, Rayford A. Farquhar, Assistant U.S. Attorney, herein certify that on Wednesday, March 26, 2008, I spoke with Attorney Mitchell J. Notis and he assented to the filing of this Motion.

                                        /s/ Rayford A. Farquhar
                                        Rayford A. Farquhar
                                        Assistant United States Attorney