UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YVONNE L. TINES JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>NORMAN Y. MINETA,<br>Secretary,<br>U.S. DEPARTMENT OF<br>TRANSPORTATION,<br><br>    Defendant. | Civil Action No.<br>05-10082-EFH |

**<u>THE DEFENDANTS' MOTION FOR LEAVE TO EXCEED 20 PAGES BY 2 PAGES</u>**

    Now comes the defendant, Norman Y. Mineta, Secretary of the Department of Transportation (the "DOT"), by and through his Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and moves this Court for Leave to Exceed 20 pages by 2 pages in his Memorandum in Support of his Motion for Summary Judgment. As grounds for this Motion the defendant states as follows:

1. The plaintiff's Complaint of discrimination consists of numerous allegations including race, color, national origin and the Rehabilitation Act;

2. In defending all of these allegations the defendant has addressed multiple reasons for dismissal in each of the three count Complaint;

3. Although the defendant attempted to succinctly provide the Court with his legal arguments against all of these three counts, he was unable to maintain the overall Memorandum in Support of his Motion for Summary Judgment at or under 20 pages; and

4. The defendant submits that the additional 2 pages will assist this Court in understanding and rendering a judgment concerning the issues raised by the plaintiff in her Complaint.

WHEREFORE, based on the multiple reasons for dismissal argued for each count, the defendant moves this Court for Leave to Exceed 20 pages by 2 pages in his Memorandum in Support of his Motion for Summary Judgment.

Respectfully submitted,

NORMAN Y. MINETA,
SECRETARY OF THE DEPARTMENT
OF TRANSPORTATION,

By his attorneys,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02465
(617) 748-3284

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 1, 2008.

/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney