UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YVONNE TINES JONES )<br>Plaintiff )<br>)<br>Vs. )<br>)<br>NORMAN Y. MINETA, )<br>SECRETARY, U. S. DEPARTMENT )<br>OF TRANSPORTATION, )<br>And )<br>U. S. DEPARTMENT OF TRANSPORTATION )<br>Defendants )<br>) | C. A. NO. 05-10082-EFH |

ASSENTED TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO
SUMMARY JUDGMENT MOTION BY TEN DAYS

Plaintiff, through counsel, hereby respectfully requests that the Court extend the time within which Plaintiff may file an opposition to Defendants' motion for summary judgment by an additional 10 days, up to and including May 16, 2008. Counsel for Defendants' has authorized Counsel for Plaintiff to state that Defendants assent to this motion. As grounds for this motion, Plaintiff states as follows:

1. This is an action by a former federal employee alleging discrimination in employment.
2. On April 1, 2008, Defendants filed a motion for summary judgment in this action. The Court allowed Plaintiff an additional period of 21 days to oppose the motion.
3. The factual issues raised by Defendants' motion for summary judgment are complex. Additionally, Plaintiff has still not yet received the transcript of Plaintiff's deposition. Plaintiff desires to review this transcript ion order to prepare the Opposition to Defendants' motion.
4. Defendants assent to the granting of this motion.

For all of the foregoing reasons, it is respectfully requested that this motion be granted, and that Plaintiff be allowed an extension of time up to and including May 16, 2008 in which to file her opposition to Defendants' motion for summary judgment.

Respectfully submitted,

Plaintiff
By her attorney,
Mitchell J. Notis

/s/Mitchell J. Notis

_____

Mitchell J. Notis
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, Massachusetts 02445
617-566-2700

Defendants,
By their attorneys,
Michael J. Sullivan
United States Attorney
Rayford A. Farquhar
Assistant United States Attorney


/s/Rayford A. Farquhar

_____

Rayford A. Farquhar
Assistant United States Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3284

## CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 30th day of April, 2008.

/s/Mitchell J. Notis

_____

MITCHELL J. NOTIS, BBO# 374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
Tel: 617-566-2700