UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

BOSTON MA 021

01 MAY 2008 PM 18 L

USMS SCREENED

1:05cv10082

Anthony W. Neal
Attorney at Law
434 Mass. Ave.
Suite 401
Boston

NIXIE      022   DE 1         00  05/07/08
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 02210302599   *1821-11370-01-41