# EXHIBIT TWO

_11/15/01_

Lotus cc:Mail for Yvonne Tines

**To:** Landry, Ernie
**Priority:** Urgent
Receipt requested
**Subject:** Meeting

Good afternoon, Ernie

Based on some of the conversations that you and I have had about my role, your comments about your views on what you believe the options are at the end of the timeframe for the temporary promotion, I have a concern about the way things are going. I have spoken with the mediator, Erica Gray, and she is in agreement that we should have an interim update to see where things are and recalibrate as necessary. We are also requesting that your manager be included in this round of discussions.

Please confirm via a response to the e-mail that you will participate in this meeting. Once I hear from you, Erica Gray will contact everyone to schedule this meeting. We are looking to set a date within the next 2-3 weeks. Yvonne

Lotus cc:Mail for Yvonne Tines

**Date:** 11/26/01 4:01 PM
**Sender:** Ernie Landry
**To:** Yvonne Tines-Jones
**Priority:** Normal
**Subject:** Re:Meeting

Yvonne,

I agree that it is important for us to discuss concerns you may be having regarding your current assignments.
While a meeting with a mediator might be a potential option, I believe it might be a bit premature and unnecessary.

I believe an appropriate first step would be for you and I to discuss what your concerns are and to see what we might be able to do to address them. This is the approach that I would to take in addressing the concerns any employee who felt that he/she was experiencing a workplace issue.

I would like to schedule a meeting for us to have that discussion soon. Thursday or friday would be the best days for me this week, based on my current schedule. Please let me know if you are available for a meeting on either of those days. If it would be helpful to have Gina present, because of her knowledge of your curent assignments, we will try to arrange that.

Thanks,

Ernie

_____Reply Separator_____
**Subject:** Meeting
**Author:** Yvonne Tines-Jones
**Date:** 11/15/01 2:09 PM

Good afternoon, Ernie

Based on some of the conversations that you and I have had about my role, your comments about your views on what you believe the options are at the end of the timeframe for the temporary promotion, I have a concern about the way things are going. I have spoken with the mediator, Erica Gray, and she is in agreement that we should have an interim update to see where things are and recalibrate as necessary. We are also requesting that your manager be included in this round of discussions.

Please confirm via a response to the e-mail that you will participate in this meeting. Once I hear from you, Erica Gray will contact everyone to schedule this meeting. We are looking to set a date within the next 2-3 weeks. Yvonne