# EXHIBIT THREE

CERTIFIED-RETURN RECEIPT

# Memorandum



U.S. Department
of Transportation
**Federal Aviation
Administration**

Subject: **ACTION**: Medical Documentation Requirements          Date: August 27, 2002

From: Manager, Operations Branch, ANE-14        Reply to Attn. of:

To: Yvonne Tines Jones, ANE-14

The purpose of this letter is to notify you of the requirements that must be met before you can return to a work status at the FAA.

On August 6, 2002 you became very agitated, left work, were admitted to Lahey Clinic and then were out of work through August 16. The medical documentation that you provided after you returned, a letter from Elizabeth Blencowe, M.D., did not actually address that period of absence. Instead, the letter stated that you were "medically and psychiatrically cleared to return to work August 19, 2002 without restriction."

You returned to work on August 19, but based on the behaviors exhibited on August 19 and 20, culminating with your collapse on August 20 in my office, it is clear that you were, in fact, not ready to return to work at that time.

You have stated that emergency room staff at the Lahey Clinic told you on August 20 that you should stay out of work for a week (through August 28). You also stated in our phone conversation of August 21 that you were trying to get an appointment with your psychiatrist. In our follow-up conversation yesterday (August 26), you indicated that you had seen Dr. Blencowe and that she was awaiting this letter in order to prepare the requested medical documentation. If she needs any additional information or clarification of the request, please let me know.

Because of the events that occurred after your return to work on August 19, detailed medical documentation must be provided to me before you may return to work after your current absence. This information is necessary in order to ensure that you are actually ready and able to return, perform the full range of duties and responsibilities of your position including meeting with me as your supervisor when requested, and exhibit behaviors that are appropriate in a workplace without endangering the health or safety of yourself or others.

The documentation must include detailed information as to diagnosis and prognosis, including what triggers the type of outbursts and agitation that you have exhibited in the

workplace, potential danger to yourself and coworkers, status of this condition (i.e. is it worsening or stable), current and planned future treatment, and whether the effects can be mitigated by workplace changes. This documentation must be provided to me before you can return to work, but no later than September 4, 2002. You will be placed on administrative leave beginning August 29 until such time as the documentation is received, reviewed and a determination is made on your readiness to return to the workplace. I may call upon the Regional Flight Surgeon to assist in reviewing this information.

In addressing your leave status, as of the beginning of PP18, which began August 11, you had a sick leave balance of −173, an annual leave balance of +14.30, a compensatory balance of +10.35 and .25 credit hours. Per your verbal request, I am advancing you 66 ½ hours of sick leave, the difference between your current sick leave deficit and the maximum of 240 hours. The timecard also reflects .45 hour of annual leave for 8/19. You stated to me that you took a 45-minute lunch period at the end of that day. However, taking lunch at the end of the day in order to leave early has never been permitted in this office. The Personnel Officer has reiterated this policy on several occasions. A copy of the timecard that was submitted for you for PP18 is attached as well as information about your current leave balances and a leave request slip to document your verbal request for advanced sick leave.

We are currently in PP19. You have stated that you would be out of work August 26 – 28 based on direction of emergency room staff at Lahey Clinic. You could be advanced a maximum 4 ½ more hours of advanced sick leave for this period. You could also use annual leave and/or compensatory time to cover these three days or you could request leave without pay. Please complete the attached leave slip to document your request. An envelope is provided for your use in returning these documents to me.

As we discussed on the telephone, you are currently scheduled to attend the Fundamentals of Writing course on September 3 – 5, 2002. In order to ensure that you are medically ready to attend that course the required medical documentation must be submitted and your return to a work status approved by August 30, 2002. If that does not occur, you will not be able to attend the course at this time.

If you have any questions about the contents of this letter please do not hesitate to call me at 781-238-7253.

*Susan E. Nason* (signature)

Susan E. Nason

Attachments