# EXHIBIT FOUR

Page 29

1 Q. Why don't you tell me what her conduct
2   and demeanor in the office was like?
3 A. I would say that her conduct was often
4   unpredictable and behavior
5   unpredictable. By that I mean, if you
6   were to approach her, sometimes she was
7   pleasant. Other times she would almost
8   seem as though she did not enjoy being
9   interrupted or distracted. Human
10  Resource is a customer operations
11  business. That's what we do. My theme
12  for at least the length of time that I
13  was a supervisor has always been that the
14  customer is not an interruption of our
15  business. The customer is each other, as
16  well as the external customer. Her
17  response could not always be counted on
18  as far as being what I would consider a
19  good customer service response. She also
20  had some problems where -- strike that,
21  if I can get away with a strike.
22      She would sit very often in a
23  chair and rock back and forth as just
24  part of her demeanor in sitting in an

Page 30

1   office, which it was brought to my
2   attention on more than several occasions
3   that people found that somewhat off
4   putting. I spoke to her about that on
5   several occasions.
6 Q. Anything else about her conduct or
7   demeanor that you recall, Ma'am?
8 A. I do remember one other time when she
9   appeared to have -- well, she did have
10  her head down on her desk and was --
11  well, again, I remember speaking to her
12  about that. What I said, I don't
13  remember.
14 Q. Anything else about her conduct while you
15  supervised her that was out of the
16  ordinary or unusual?
17 A. I don't remember when it was, whether it
18  was when I was supervising her -- I'm a
19  pretty hands-on supervisor. So if there
20  was anything that I felt was
21  inappropriate or if there was something
22  else that might have happened, I would
23  have mentioned it or brought it to her
24  attention.

Page 31

1 Q. Okay. We will pursue that a little bit.
2   When did you get your law degree, Ma'am?
3 A. When?
4 Q. Yes.
5 A. In 1998.
6 Q. Okay. Did you take any courses in
7   employment or discrimination law?
8 A. Not in discrimination law, no.
9 Q. But in labor law?
10 A. Yes.
11 Q. You mentioned that at some point you had
12  training in labor and employee relations?
13 A. Ah-huh.
14 Q. Yes?
15 A. Yes.
16 Q. When was that?
17 A. Over the course of a number of years.
18 Q. Have you ever had any training in the
19  Americans with Disabilities Act?
20 A. I don't believe that I have taken a
21  course in that.
22 Q. Have you had any training in it, though?
23 A. Yes.
24 Q. When, and what kind of training?

Page 32

1 A. Generally we have had over the years
2   conferences, employee relations
3   conferences in which they may have
4   offered different trainings or different
5   short courses in different types of
6   subject matter.
7 Q. Right.
8 A. And I believe I have attended that type
9   of training.
10 Q. About the Americans with Disabilities
11  Act?
12 A. Yes.
13 Q. Do you recall when that would have been?
14 A. I don't.
15 Q. Was it prior to 2001?
16 A. I can't be for certain.
17 Q. In 2001, did you have any familiarity
18  with the Americans with Disabilities Act?
19 A. I believe that I had a familiarity with
20  it.
21 Q. Okay. Am I correct that in 2001 and
22  2002, you supervised Mr. Pagnini, or am I
23  wrong there?
24 A. I probably did.

Page 33

1  Q. Okay. And you supervised him in his role
2     as Employee Assistance Program Manager?
3  A. That's correct.
4  Q. Did you draw any conclusions about Ms.
5     Tines as a result of this rocking back
6     and forth behavior, Ma'am?
7         MR. FARQUHAR: I'm going to
8     object to the form of the question with
9     regards to the conclusions. You can
10    answer it, if you can.
11 Q. Let me rephrase that. Did you form any
12    opinion about Ms. Tines as a result of
13    this rocking back and forth behavior?
14    (Pause.)
15 A. You know, I don't know if I did or not,
16    frankly.
17 Q. Did you have any knowledge back in 2001
18    and 2002 as to whether people with
19    psychiatric disabilities on occasion rock
20    back and forth?
21 A. I did not.
22 Q. Okay. Did you have any opinion as to
23    whether any of Ms. Tines behavior or
24    conduct difficulties in '01 or '02 were

Page 34

1     due to any psychiatric condition?
2  A. I don't believe so.
3  Q. Did you give her any instruction or
4     counseling with regard to these behaviors
5     you have described?
6  A. I believe I did.
7  Q. What counseling or instruction would you
8     give her?
9  A. I think as I referred to just recently in
10    my testimony here, that it was off put.
11    I really can't remember much more beyond
12    that.
13 Q. Well, I asked you if you had given her
14    any instructions or done anything with
15    her as a result of these behaviors to
16    help her correct them. You told me it
17    was off putting.
18        Did you do anything to instruct
19    her or counsel her about these behaviors?
20 A. I would consider my conversations with
21    her counseling, in the sense that I would
22    say it might put somebody off. I would
23    say, "People feel uncomfortable walking
24    into your cubicle. It doesn't feel as

Page 35

1     though you are focused." You know, I
2     can't really remember what I said.
3  Q. Do you remember specifically talking to
4     her about the rocking behavior?
5  A. I do, yes.
6  Q. Okay. But you don't recall exactly what
7     you said?
8  A. No. No.
9  Q. All right. Did you ever suggest to her
10    that she seek psychiatric counseling or
11    therapy as a result of these behaviors?
12 A. I'm having difficulty with your
13    characterization of psychiatric.
14 Q. What characterization is that, Ma'am?
15 A. In the sense that my job as a supervisor
16    is to focus on work-related issues; and
17    we had a public assistance program in
18    order to do so. So, yes, I did suggest
19    that she seek employee assistance; if she
20    had some personal problems, or other
21    problems, that the Employee Assistance
22    Program might be helpful.
23 Q. Okay. So you recall saying that to her?
24 A. I do.

Page 36

1  Q. How many occasions did you say that to
2     her on?
3  A. I have no recollection.
4  Q. Was it more than one?
5  A. I have no idea.
6  Q. How far into your supervision of her was
7     it that you said that?
8  A. I have no idea.
9  Q. You don't know if it was the beginning,
10    the middle or the end?
11 A. No.
12 Q. No?
13 A. No.
14 Q. So you never told her or suggested that
15    she receive psychiatric counseling or
16    treatment, but you suggested that perhaps
17    she should go to Employee Assistance,
18    correct?
19 A. That's correct.
20 Q. Why is it that you suggested that perhaps
21    she should go to Employee Assistance?
22 A. As I said, my job as a supervisor in that
23    particular situation is any time there is
24    a behavior, or a conduct, or however we