# EXHIBIT SIX

1     A.    No.

2     Q.    Did it involve direct supervision of Susan
3  Nason?

4     A.    Yes, it did.

5     Q.    Did it involve direct supervision of Gina
6  Razel?

7     A.    Yes, it did.

8     Q.    From 2001 to 2003, sir, did you have an
9  opportunity to observe Yvonne Tines' conduct or
10 demeanor in the office?

11    A.    Yes.

12    Q.    And what was that like?

13    A.    Well, there are a number of different kind
14 of things I could share with you.

15    Q.    Well, why don't you share them and I'll
16 follow up with some other questions.

17    A.    Okay.  Well, I just -- the normal demeanor
18 that you would expect of any employee that you would
19 see.

20    Q.    Okay.

21    A.    At times she would sit in her office
22 sometimes and sometimes just rock at times in her
23 chair.  Or sometimes maybe hum a little bit.

24    Q.    Okay.  How long would she rock or hum for?

1  discussing that with that supervisor. There must
2  have been some remark about how silly this was,
3  wasn't there?
4              MR. FARQUHAR: I'm going to object
5  to the characterization of the conversation. You
6  can go ahead and answer the question, please.
7       A.  Well, I don't recall specific conversations
8  around it, but I would -- knowing Susan as a
9  supervisor, as an employee, you know, my belief was
10 that Susan was properly managing her relationship
11 with Yvonne.
12      Q.  Did you question that Yvonne could not get
13 along with Ms. Nason?
14      A.  No. Not to my recollection.
15      Q.  So did you believe that was true, that Ms.
16 Tines couldn't get along with Ms. Nason?
17      A.  Yes.
18      Q.  Did you believe at the time that as a
19 result of not getting along with Ms. Nason, Ms.
20 Tines' depression, anxiety, and panic attacks
21 worsened?
22      A.  I don't recall that mental process, going
23 through it, but I would assume that that would be
24 the truth of the case.

```
 1  please, sir?
 2      A.  This is a letter from Yvonne's
 3  psychiatrist, Dr. Blencowe, to whom it may concern.
 4      Q.  What's the date of it, please?
 5      A.  April 10th.
 6      Q.  Of what year?
 7      A.  Of 2002.  Sorry.
 8      Q.  Do you recall if you saw this around that
 9  time?
10      A.  I believe I would have.
11      Q.  The second sentence says, she has had a
12  temporary disability from anxiety and depression.
13  Do you see that?
14      A.  Yes, I do.
15      Q.  Did you have any reason to doubt that, sir?
16      A.  In what context?
17      Q.  In any context.  Did you have any reason to
18  believe it wasn't correct or true?
19      A.  I believe she was suffering anxiety and
20  depression.
21      Q.  Okay.
22              MR. NOTIS:  Mark this next,
23  please.
24              (Exhibit No. 9, marked;
```

Ernest J. Landry
March 20, 2008

74

```
 1  Handwritten letter dated December 30, 2002.)
 2                  (Exhibit No. 17, marked; Memo
 3  dated January 10, 2003.)
 4                  (Exhibit No. 18, marked; Memo
 5  dated January 15, 2003.)
 6                  (Exhibit No. 19, marked; Memo
 7  dated January 31, 2003.)
 8                  (Exhibit No. 20, marked; Letter
 9  dated February 21, 2003.)
10                  (Exhibit No. 21, marked; Memo
11  dated March 13, 2003.)
12                  (Exhibit No. 22, marked; Memo
13  dated March 21, 2003.)
14                  (Exhibit No. 23, marked; Memo
15  dated May 15, 2003.)
16      Q.  Mr. Landry, let me show you what has been
17  marked as Exhibit 11.  Can you identify that for me,
18  please, sir?
19      A.  This is a letter from Susan Nason to Yvonne
20  asking for medical documentation for her return to
21  duty after having left the office on August 20th,
22  and also containing some information regarding leave
23  administration for Yvonne.
24      Q.  Were you consulted in the preparation of
```

Merit Reporting
508.850.6923