# EXHIBIT ONE

# UNITED STATES DEPARTMENT OF TRANSPORTATION

# DEPARTMENTAL OFFICE OF CIVIL RIGHTS

## AFFIDAVIT

DOT Complaint No. 1-99-1-77

I, Yvonne L. Tines Jones, employed by the Federal Aviation Administration, New England Region, Human Resource Management Division (HRMD), located at 12 New England Executive Park, Burlington, MA 01803-5299, make the following statement to MAUREEN NASH-COLE who has identified herself to me as an EEO INVESTIGATOR for the U.S. DEPARTMENT OF TRANSPORTATION knowing that this statement may be used in evidence. I understand that this statement is not confidential and may be shown to any interested party.

**I HEREBY SOLEMNLY SWEAR** that I am a black African-American. My immediate supervisor is Susan Nason and my second-line supervisor is Ernie Landry. I have been employed by the FAA since January 3, 1989. I currently hold the position of Staffing Assistant FG-0203-08 since September 20, 1999. Prior to this I held the position of Personnel Assistant FG-203-07 in HRMD.

The first time I became aware that I was being discriminated against was during a staff meeting on March 30, 1999, when Ernie Landry announced that Larry Piro was selected to attend the Benefits in the New Millennium conference scheduled for June 8-11, 1999. Prior to that meeting I had approached Mr. Piro and asked him if I could attend the conference because it was in line with training listed in my IDP. His response to me was that we (HRMD) did not have any money to send anyone. I then approached my team lead, Susan Nason, and asked her, her response was the same as Mr. Piro. I never asked Mr. Landry, he has established a policy of employees receiving approval from their supervisors prior to his concurrence. The policy in HRMD is to receive verbal

Page 1 of 4                                                                                     INITIALS _____

approval first; and then if allowed to attend, we would then prepare the necessary training request. I have done this for all of my training requests.

The New Millennium conference was always referred to as training. During the monthly benefits telecon where I learned of this conference, they referred to it as training. I believe that I should have been selected to attend this conference because it was keeping with my Individual Development Plan (IDP). The conference was focusing on life-insurance, workers compensation, social security, thrift savings, military retirement, and also how to interact better between payroll and personnel. These were all responsibilies that were to be incorporated into a new position that was identified in the HRMD Organizational Design Team dated February 4, 1997 (page 4) Employee Relations Specialist FG-9/11 that I hoped to apply for. Mr. Landry had tasked Mr. Piro with the responsibility of evaluating the newly created position because Gina Razet and Susan Nason were too busy. I have no idea of what he did with respect to evaluating that position.

My position at that time was PMS, FG-09 temporary promotion NTE 120-days. My responsibilities included processing personnel actions for my lines of business, and also taking the lead in helping the two (2) new PMSs with becoming familiar with their tasks. I had full responsibility for Open Season for Health Benefits during 1999, and I also was the key person responsible for entering the TSP-1 election forms for the Thrift Savings Plan. The two new PMSs that were hired had prior experience in the necessary areas for the newly created position, and I felt that in order to be competitive I needed to attend this training to further develop my skills. It would provide me with information that would allow me to qualify for that position.

During the March 30, 1999 staff meeting Mr. Landry said that since Mr. Piro was the Team Leader for Benefits, he would be attending. He also said that Mr. Piro

Page 2 of 4                                                              INITIALS /s/

was going because he was evaluating the benefits functions (how the newly created position would operated); and that there were several people in HRMD that possessed knowledge in the areas of TSP, retirement, health and life insurance. I asked him when we established a Benefits Group, and Mr. Landry said that he appointed Larry in February 1999 during a staff meeting, because Ms. Razel and Ms. Nason were too busy.

Prior to the announcement of him attending the training conference, Mr. Pirc never attended any of the benefits telecons. He then attended the April 6, 1999 telecon with myself, Utta Carr and Patti Torrisi. During that telecon they were discussing making travel arrangement for the benefits conference. I think I made a comment to Larry, asking him how he felt about attending, and he responded that he was only really interested in the retirement portion, because he would be retiring soon, and that he was a placebo.

I sent an e-mail on May 18, 1999, to Janice Armstrong and Kerry Lang on the benefits team in headquarters asking for clarification as to who could attend the benefits conference. I never received a response from them. On May 19, 1999, Mr. Landry came to me, and told me that he received a response from either Ms. Armstrong or Ms. Lang and said that the training was being funded centrally (HQs) and that it was his decision to send Larry and that the next person to qualify to be sent would have been Ms. Carr. As my team leader Ms. Nason should have mentioned to Mr. Landry that I wanted to attend the training conference, but I'm not sure if she did.

I do remember one time that I was denied training for an English Composition course, and was denied by Mr. Landry based on budgetary constraints. For the most part, most of the training that I have requested, I have been able to attend. In the recent past, the budgeting has been the problem. Prior to this I think the agency has paid for approximately seven or eight college classes.

Page 3 of 4                                                                                     INITIALS ____

I don't know who attended the conference for the other regions.

I believe that Mr. Landry made a deliberate effort to send someone other than me to the training conference. I also feel that I am being treated differently than other HRMD employees when it comes to opportunities for advancement. The history of HRMD is that when new employees come into the office they seem to be looked at by management as knowing a lot more than myself.

There was a situation that happened shortly after Rose Kennedy came on board and she was selected to work with Ulla Carr and Bob Duggan on a retirement project. It was something that anyone could have done. They received an award for this project. I found out that Ms. Nason was going to offer the coordination of Health Benefits Open Season to Patti Torrisi and asked if I could do it and was allowed to do it.

I HAVE READ THE ABOVE STATEMENT WHICH IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THE INFORMATION I HAVE GIVEN IS NOT TO BE CONSIDERED CONFIDENTIAL AND THAT IT MAY BE SHOWN TO THE INTERESTED PARTIES.

_____        _____
Yvonne L. Tines                                                 Date

Sworn and subscribed to me this the 4th day of May 2000.

_____        _____
Maureen Nash-Cole                                          Date
EEO Investigator

Page 1 of 1                                                              INITIALS