UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| YVONNE TINES JONES )<br>Plaintiff )<br> )<br>Vs. )<br> )<br>NORMAN Y. MINETA, )<br>SECRETARY, U. S. DEPARTMENT )<br>OF TRANSPORTATION, )<br>Defendant )<br> ) | C. A. NO. 05-10082-EFH |

JOINT MOTION TO CONTINUE PRE-TRIAL CONFERENCE UNTIL AFTER
SUMMARY JUDGMENT MOTION IS DECIDED

The parties to this action, through counsel, hereby respectfully request that the Court continue the Pre-Trial Conference in this action until some time after the pending summary judgment motion is decided. As grounds for this motion, Counsel state the following:

1. This is an action by a former federal employee alleging discrimination in employment.
2. Defendant has filed a motion for summary judgment in this action. Plaintiff filed her opposition to the summary judgment motion on May 16, 2008.
3. There is a Pre-Trial Conference in this action currently scheduled for this coming Tuesday, May 27, 2008.
4. Should the summary judgment motion be granted in whole or in part, the Pre-Trial Conference either will not be necessary, or the issues to be dealt with at the conference will be different than they would be prior to the Court's action on the motion.
5. It is in the interest of judicial economy and efficiency that the Pre-Trial Conference be continued until after the Court rules on the pending Motion for Summary Judgment.

For all of the foregoing reasons, it is respectfully requested that this motion be granted, and that the Pre-Trial Conference currently scheduled for May 27, 2008 be continued until after the pending Summary Judgment Motion is decided. Additionally, Counsel respectfully request that argument on the Summary Judgment Motion not be scheduled until after June 16, 2008, due to the schedules of Counsel.

Respectfully submitted,

Plaintiff
By her attorney,
Mitchell J. Notis

/s/Mitchell J. Notis

_____

Mitchell J. Notis
Law Office of Mitchell J. Notis
370  Washington Street
Brookline, Massachusetts 02445
617-566-2700

Defendants,
By their attorneys,
Michael J. Sullivan
United States Attorney
Rayford A. Farquhar
Assistant United States Attorney

 /s/Rayford A. Farquhar

_____

Rayford A. Farquhar
Assistant United States Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3284

## CERTIFICATE OF SERVICE

I, Mitchell J. Notis, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to any non-registered participants as indicated in the Notice of Electronic Filing, this 20th day of May, 2008.
/s/Mitchell J. Notis

_____
MITCHELL J. NOTIS, BBO# 374360
Law Office of Mitchell J. Notis
370 Washington Street
Brookline, MA 02445
Tel: 617-566-2700